UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BETTY HANNAH, | Civil No. 10-4211 (JRT) |
| Plaintiff, | |
| v. | **ORDER** |
| JOHNSON & JOHNSON, ORTHO-MCNEIL PHARMACEUTICAL, INC., JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., | |
| Defendants. | |

---

Edward Coleman, Lewis J. Saul, and Kevin M. Fitzgerald, **LEWIS SAUL & ASSOCIATES, PC**, 183 Middle Street, Suite 200, Portland, ME 04101; Ronald S. Goldser, **ZIMMERMAN REED, PLLP**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, for plaintiff.

William Robinson, **LECLAIR RYAN**, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314; John Dames, **DRINKER, BIDDLE AND REATH**, 191 North Wacker Drive, Suite 3700, Chicago, IL 60606; Tracy Van Steenburgh, **NILAN JOHNSON LEWIS**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN, 55402, for defendants.

Pursuant to the stipulation of dismissal with prejudice executed by the parties, through their respective counsel and filed on October 29, 2010 [Docket No. 5].

**IT IS HEREBY ORDERED** that all claims of Plaintiff **BETTY HANNAH**, individually, against all named Defendants are **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE**, and without costs to either party.

**LET JUDGMENT BE ENTERED.**

Dated: November 10, 2010

at Minneapolis, Minnesota                         s/John R. Tunheim

                                              JOHN R. TUNHEIM
                                        United States District Judge